IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01017-BNB

PEOPLE OF THE STATE OF COLORADO,
    Plaintiff,

v.

ANTHONY MACK,
    Defendant.

## ORDER DISMISSING CASE

Defendant Anthony Mack is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Mack initiated this action by filing *pro se* a "Motion for Subpoena of Documentary Evidence" in which he apparently asserted a claim pursuant to the Freedom of Information Act. In an order filed on May 15, 2007, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Mack to cure certain deficiencies if he wished to pursue his claim. On June 12, 2007, Mr. Mack submitted a letter to the Court stating that he would like to withdraw this civil action because he has obtained the information he sought.

The Court must construe the June 12 letter liberally because Mr. Mack is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Although Mr. Mack did not name himself as the Plaintiff in the caption of his motion, he is the party that initiated this action. No response has been filed by any other party in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See *Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter to the Court filed on June 12, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 12, 2007, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Plaintiff and against Defendant.

DATED at Denver, Colorado, this 19 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01017-BNB

Anthony Mack
Reg. NO. 102779
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6/21/07

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                      Deputy Clerk